IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALLEN SCOTT PILLOW**                                                          **PETITIONER**

v.                          NO. 4:22-cv-00713 PSH

**BUREAU OF PRISONS**                                                          **RESPONDENT**

### JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for petitioner Allen Scott Pillow ("Pillow") in the following one respect: respondent Bureau of Prisons ("BOP") shall immediately transfer Pillow to supervised release. Judgment is entered for the BOP in all other respects.

IT IS SO ORDERED this 21st day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE